Case No: **10-29112**   Debtor(s) Name: **JENKINS**   Date Prepared: **4-15-13**

Receipts and Disbursement for Month Ended **DECEMBER**

|  | | Amount for Month |
|---|---|---|
| **Gross Receipts:** | | |
| 1 | Gross Sales | $ |
| 2 | Less Cost of Goods Sold | $ |
| 3 | Gross Profit from Sales (subtract line 2 from line 1) | $ |
| 4 | Add Other Income | $ |
| 5 | Gross Income (add lines 3 and 4) (A) | $ 9,171.14 |
| **Business Costs and Expenses:** (Do not list Chapter 13 Plan payment) | | |
| 6 | Business Real Property Rent/Lease | $ |
| 7 | Business Real Property Utilities | $ |
| 8 | LABOR | $ 2340.00 |
| 9 | FOOD | $ 1256.53 |
| 10 | MISC (Scales, Showers, Etc.) | $ 522.43 |
| 11 | FUEL | $ 3,180.69 |
| 12 | TIRES | $ |
| 13 | BOND | $ |
| 14 | Repairs/Maintenance | $ 301.21 |
| 15 | EKEL TON TAX | $ |
| 16 | Workman's Compensation Insurance — BOBTAIL INS | $ 845.00 |
| 17 | ATM FEES | $ 61.45 |
| 18 | Telephone/Internet | $ 197.06 |
| 19 | C-J CHARGES | $ |
| 20 | UNIFORMS | $ |
| 21 | TOLL CHARGES | $ 3.00 |
| 22 | Other Costs/Expense — POSTAGE | $ 167.26 |
| 23 | Total Business Costs and Expenses for Month (B) | $ 8,774.63 |
| 24 | Net Income (Loss) for Month (A minus B) | $ 396.51 |

| | |
|---|---|
| Total Funds On Hand/In Bank At End Of Month | $ |
| Total Inventory On Hand At End Of Month | $ |
| Total Accounts Receivable (Collectible) At End Of Month | $ |
| Total Accounts Payable At End Of Month | $ |

Under penalty of perjury, I(we) declare that the foregoing Information is true and correct.

Signatures: *John R. Jenkins*   Date: 4-15-13

Date: _____

Form B-6 (12/2000)    Instruction on Reverse Side